UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | **ECF CASE** |
| v. | ) ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| DARCY WEDD, et al. | ) ) | **15 Cr. 616 (AT)** |
| Defendants. | ) |  |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                Respectfully submitted,

                                                GEOFFREY S. BERMAN
                                                United States Attorney for the
                                                   Southern District of New York

                                              by:  /s/ Olga Zverovich
                                                   Olga I. Zverovich
                                                   Assistant United States Attorney
                                                   (212) 637-2514

TO:   all defense counsel (via ECF)