USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_6/26/2020\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRANCIS ASSIFUAH,

                Defendant.

15 Cr. 616-9 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On June 23, 2020, Defendant, proceeding *pro se*, filed a motion to correct a clerical mistake in the Amended Judgment in this case, ECF No. 556, issued on October 3, 2017. ECF No. 752. Defendant also requests that the Court mail a copy of the judgment reflecting his proposed correction.

      Accordingly, it is ORDERED that by **July 1, 2020**, the Government shall respond, indicating whether it opposes Defendant's request.

      Chambers will mail a copy of this order to Defendant *pro se*.

      SO ORDERED.

Dated: June 26, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge