|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>                -against-<br><br>FRANCIS ASSIFUAH,<br><br>                            Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _7/1/2020____<br><br>15 Cr. 616-9 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

On June 23, 2020, Defendant, proceeding *pro se*, filed a motion to correct a clerical mistake in the Amended Judgment in this case, ECF No. 556, issued on October 3, 2017. ECF No. 752. Defendant also requests that the Court mail a copy of the judgment reflecting his proposed correction.

Federal Rule of Criminal Procedure 36 provides that "[a]fter giving any notice it considers appropriate, the court may at any time correct a clerical error in a judgment." Fed. R. Crim. P. 36; *see also United States v. Ransom*, 866 F.2d 574, 575–76 (2d Cir. 1989). Here, the Court provided notice to the Government, requesting that it respond to Defendant's motion and indicate whether it opposed the relief sought. ECF No. 753. The Government responded, noting that it had no objection to Defendant's request and that the amended judgment should reflect that the crime of conviction is "conspiracy to commit wire fraud and mail fraud." ECF No. 754 (emphasis omitted).

Accordingly, Defendant's motion to correct the Amended Judgment, ECF No. 556, is GRANTED. An amended judgment shall issue indicating that Defendant was found guilty of the crime of conspiracy to commit wire fraud and mail fraud, in violation of 18 U.S.C. § 1349.

Chambers will mail a copy of this order, and the amended judgment, to Defendant *pro se*. The Clerk of Court is directed to terminate the motion at ECF No. 752.

SO ORDERED.

Dated: July 1, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge