```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS ASSIFUAH,

           Movant,

-against-

UNITED STATES OF AMERICA,

           Respondent.

20-CV-6163 (AT)

15-CR-0616-9 (AT)

ORDER TO ANSWER, 28 U.S.C. § 2255

ANALISA TORRES, United States District Judge:

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

    The Clerk of Court shall file a copy of Movant's June 27, 2018, motion for reconsideration, 1:15-CR-616-9 (ECF No. 723), as a supplement to Movant's converted § 2255 motion in the civil action under docket number 20-CV-6163 (AT).

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    By **October 12, 2020**, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:    August 11, 2020
           New York, New York

                                                ANALISA TORRES
                                                United States District Judge