United States [District Court]
For the South[ern District]
of New [York]

| United States of America<br>"Plaintiff" | Hon. Judge<br>Analisa Torres |
|---|---|
| -v-<br>Francis Assifuah<br>"Defendant" | Docket<br>15-CR-616-AT-9 |

## Motion To Update The Courts Records With Defendants Correct Address

Defendant ("Assifuah") Respectfully Request the Hon. Judge issue an order to correct and to update Defendants address in the Court's Systems to the following address listed on this Motion. Defendant completed his Prison Sentence on Feb 27, 2020. Defendant is currently in ICE Custody, Since March 2, 2020. On or about July 18, 2020, Defendant Received the Courts of Appeal Decision to Dismissed Defendants Appeal and to Remand the case to the District Court. Defendant have not Received the Courts Orders

, documents in reference to the Habaeus Proceedings, or documents or orders relating to the matter. Defendant did not receive copy of the amended judgment in the case the court ordered on or about 1st of July 2020. Defendant, however received the Gov't's letter to the court on June 29th 2020 where the Gov't informed the court that the Gov't has no objection to defendant's motion to correct the judgment in the case.

Defendant respectfully request the Hon. Judge to order that the court systems be updated to reflect defendant's current address. Should defendant's address change in the future defendant will kindly inform the court.

Defendant respectfully request that the court grant defendant extension to respond to court orders or motions, if any, due to oversight of defendant's correct address.

Respectfully submitted
Francis Assifuah

Date: 8/30/20

ID: 0001242821

In ICE Custody HDC
18 E. Basic Rd
Henderson, NV
89015

TO: CLERK OF THE COURT

REF CASES: 15-CR-616-AT-9, 20-CV-05050-AT

FRANCIS ASSIFUAH BELIEVES THE COURT SYSTEMS DOES NOT HAVE ASSIFUAH'S CORRECT MAILING ADDRESS. ASSIFUAH WAS RELEASED FROM PRISON ON FEB 27, 2020 AND IS NO LONGER AT MOSHANON VALLEY CORRECTIONS, 555 GEO DRIVE, PHILIPSBURGH, PA 16866.

PLEASE UPDATE THE COURT SYSTEMS TO REFLECT ASSIFUAH CURRENT ADDRESS BELOW.

SINCERELY,
FRANCIS ASSIFUAH
ID: 080124221

8/30/20    IN ICE CUSTODY HDC
           18 E BASIC RD
           HENDERSON, NV 89015

GRANTED. The Clerk of Court is directed to update Mr. Assifuah's address to:

Francis Assifuah
0001242821
Henderson Detention Center
P.O. Box 95050
Henderson, NV 89009-5050

The Clerk of Court is further directed to mail a copy of this order to Defendant *pro se*.

SO ORDERED.

Dated: September 11, 2020
New York, New York

ANALISA TORRES
United States District Judge

---

*Envelope image:*

FRANCIS ASSIFUAH
ID 0001242821
IN ICE CUSTODY HDC
18, E. BASIC RD
HENDERSON
NV 89015

RECEIVED
SEP - 9 2020
PRO SE OFFICE

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN COURT HOUSE
US COURT HOUSE
500 PEARL ST
NEW YORK, NY 10007

Pro Se

LEGAL MAIL

Presort
First Class Mail
ComBasPrice

ZIP 89015
$000.46
U.S. POSTAGE >> PITNEY BOWES