UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANCIS ASSIFUAH,                               :

                Movant,                          :

              -against-                             :       ORDER

UNITED STATES OF AMERICA,           :       20-CV-6163 (AT)(KNF)
                                                                                          15-CR-616 (AT)

                Respondent.                    :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Francis Assifuah ("Assifuah") appealed from the judgment of conviction entered in the case bearing docket number 15-CR-616.  The appeal was determined to be untimely.  The Second Circuit Court of Appeals remanded the matter to this court, directing that the appeal be converted to a 28 U.S.C. § 2255 motion.  Assifuah requests that the Court appoint counsel to assist him with the § 2255 motion.  See, Docket Entry No. 10, in the case bearing docket number 20-CV-6163.  Assifuah explains that he seeks appointment of counsel because he "believes the claims Assifuah intends to raise [through the § 2255 motion] are complex and would require skilled lawyers to litigate the matter."

      Title 28 U.S.C.§ 2255(g) explains that a "court may appoint counsel" to assist a person who has made a motion pursuant to § 2255.  However, it is unclear to the Court what claims Assifuah "intends to raise" through the § 2255 motion.  Therefore, the Court cannot assess, at this juncture, whether exercising its discretion to appoint counsel to assist Assifuah is warranted.  As a consequence, Assifuah's motion for appointment of counsel, Docket Entry No.10, is

denied, without prejudice.

**The Clerk of Court is directed to mail a copy of this order to the movant.**

Dated: New York, New York  
October 1, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE