UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANCIS ASSIFUAH,                                       :

                Movant,                           :

              -against-                            :      ORDER

UNITED STATES OF AMERICA,                 :      20-CV-6163 (AT)(KNF)
                                                        15-CR-616 (AT)

                Respondent.                    :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Francis Assifuah ("Assifuah") has renewed his motion for the Court to appoint counsel to represent him with respect to a 28 U.S.C. § 2255 motion. Assifuah has explained the grounds on which he seeks relief through the § 2255 motion. Heretofore, those grounds had not been provided to the Court. To facilitate the resolution of the application for appointed counsel, Assifuah shall complete a financial affidavit, Form CJA 23, which the Court will provide to him.

      The completed financial affidavit shall be sent to Sabrina Broussard, Chambers of Judge Kevin Nathaniel Fox, United States District Court, Southern District of New York, 40 Foley Square, Room 425, New York, New York 10007.

Dated: New York, New York          SO ORDERED:
       October 16, 2020

                                                                *Kevin Nathaniel Fox*
                                                 KEVIN NATHANIEL FOX
Copy mailed to:                       UNITED STATES MAGISTRATE JUDGE

Francis Assifuah