UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANCIS ASSIFUAH,                                :
                                                 :
        Movant,                      :        **ORDER**
                                                 :
  -against-                                     :        20-CV-6163 (AT)(KNF)
                                                 :        15-CR-616 (AT)
UNITED STATES OF AMERICA,                        :
                                                 :
        Respondent.                  :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on December 22, 2020, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York        SO ORDERED:
           December 2, 2020

                                                                                 _____
                                                                                 KEVIN NATHANIEL FOX
                                                                                  UNITED STATES MAGISTRATE JUDGE