UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANCIS ASSIFUAH,

           Movant,

      -against-

UNITED STATES OF AMERICA,

           Respondent.
------------------------------------------------------------X

**ORDER**

20-CV-6163 (AT)(KNF)
15-CR-616 (AT)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephone conference was held with counsel to the respective parties on December 22, 2020. As a result of the discussion had during the conference, the movant shall, on or before February 24, 2021, file an amended 28 U.S.C.§ 2255 motion. The response to the amended motion shall be filed on or before March 16, 2021. Any reply shall be filed on or before March 30, 2021.

Dated:  New York, New York
          December 22, 2020

SO ORDERED:

_/s/ Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE